*G. B. Walker, H. B. Moss,* for plaintiff in error.
*John S. Wood, solicitor-general,* contra.

---

### 14631.   COOLEY *v.* THE STATE.

BROYLES, C. J.   The verdict was amply authorized by the evidence, and
none of the special grounds of the motion for a new trial shows cause
for a reversal of the judgment below.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> DECIDED JULY 10, 1923.

Indictment for burglary; from Bibb superior court — Judge
Mathews.   April 20, 1923.

*J. H. Dodgen, John R. Cooper, W. O. Cooper Jr.,* for plaintiff
in error.

*Charles H. Garrett, solicitor-general,* contra.

---

### 14645.   ARMSTRONG *v.* THE STATE.

LUKE, J.   It appearing that the date of the certificate of the judge to the
bill of exceptions is April 19, 1923, and the date of the filing of the
bill of exceptions in the office of the clerk of the trial court is May 8,
1923, the writ of error must be dismissed, because the bill of exceptions
was not filed in the clerk's office within fifteen days from the date
of the judge's certificate as required by Civil Code, § 6167.   See
*Jackson* v. *State,* ante, 617.

> *Writ of error dismissed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 10, 1923.